UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

Case No: 01-2258 ADM/AJB
CIVIL ACTION

Strom Engineering Corporation,

Plaintiff,

vs.

Summit Logistics, Inc.,

Defendant.

**STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS**

The above-entitled action, having been fully compromised and settled, IT IS HEREBY STIPULATED by and between the parties hereto through their undersigned attorneys that the same may be, and it hereby is, dismissed on its merits and with prejudice, but without costs or disbursements to any of the parties.

IT IS FURTHER STIPULATED that without further notice a judgment of dismissal with prejudice and upon the merits, and without costs or disbursements to any of the parties, may be entered herein.

Dated: 3/19, 2002.

STRINGER & ROHLEDER, Ltd.

By [signature]
Bradley D. Hauswirth (#219836)
Attorneys for Plaintiff
Fifth Street Center, Suite 1200
55 East Fifth Street
St. Paul, MN 55101
Telephone: (651) 227-7784

APR 2 02
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

PRYOR CASHMAN SHERMAN & FLYNN LLP

Dated: March 13, , 2002.

By: ______________________

Ilene S. Farkas (ISF-3212)
Attorneys for Defendant
410 Park Avenue
New York, NY 10022
Telephone: (212) 421-4100

**ORDER FOR JUDGMENT OF DISMISSAL**

Based upon the Stipulation of the parties on file and of record, IT IS HEREBY ORDERED that the above-captioned matter is dismissed with prejudice.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: April 1, 2002.

Judge Ann D. Montgomery
U.S. District Court